**William D. Gordon, Appellee, v. Edwin L. Read, Appellant. Carl H. Borak, Frank Katz and Ruth Katz, Appellees.**

**Gen. No. 43,384.**

Heard in the first division, first district, this court at the June term, 1945; opinion filed October 15, 1945; rehearing denied October 30, 1945; released for publication October 30, 1945. Friedlund, Levin & Friedlund, for appellant; Mural J. Winstin and Dorothy M. Stalzer, of counsel; Julius L. Kabaker, for appellee; John V. Clinnin, of counsel; Golden & Golden, for certain appellees; Joseph L. Golden and Maurice P. Golden, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.